Nov. Term,
1834.

NELSON
v.
HINESLEY.

*J. Morrison,* for the plaintiff.

*C. Fletcher* and *W. Quarles,* for the defendant.

---

NELSON *v.* HINESLEY, in Error.

*Friday,
November 28.*

THE parties in this case agreed, in *March,* 1833, by a writing under seal, that certain matters in difference between them should be referred to arbitrators; that the parties should, at their peril, take notice of the time and place of the meeting of the arbitrators; that the award should be made a rule of the *Marion* Circuit Court; and that judgment should be entered on the award, if against *Nelson,* at the next term of the Court.

In *May,* 1833, the arbitrators filed in the clerk's office, the agreement of submission, and their award against *Nelson* for 50 dollars with costs. At the *September* term of the Court, *Hinesley* appeared; *Nelson* made default; and judgment was rendered on the award.

*Held,* that previously to the rendition of judgment in this case, the award should have been recorded, and a rule taken and served on *Nelson,* to show cause why the award should not be made the judgment of the Court; and that as these previous steps had been omitted, the judgment was erroneous.

*C. Fletcher,* for the plaintiff.

*J. B. Ray* and *J. Eccles,* for the defendant.